AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

IN RE: UNIVERSAL SERVICE FUND
TELEPHONE BILLING PRACTICES
LITIGATION
This Judgment relates to all cases

V.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  02-md-1468

☒ Jury Verdict. This action came before the Court for a trial by jury, The issues have been tried and the jury has rendered its verdict.

☐ Decision by Court. This action came before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered against defendant AT&T and in favor of the plaintiff subclass of AT&T's California residential long-distance customers on that subclass's claim for breach of contract in the amount of $16,881,000 (Sixteen million, eight hundred eighty-one thousand dollars), with interest thereon at rate of 1.12 percent as provided by law.   As to all other claims, judgment is entered in favor of defendant AT&T.

November 19, 2008
*Date*

TIMOTHY M. O'BRIEN
*Clerk*

s/ Sharon Scheurer
*(By) Deputy Clerk*